## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Calin Vasile Timis
                           Plaintiff,

v.                                                                 Case No.: 1:25−cv−12820
                                                                     Honorable Jeremy C. Daniel

Sam Olson, et al.
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 3, 2025:

       MINUTE entry before the Honorable Jeremy C. Daniel: Petitioner filed his notice of dismissal. As Respondent has not filed an answer or motion for summary judgment, this dismissal is without prejudice and effective when Petitioner filed his notice in accordance with Fed. R. Civ. P. 41(a)(1)(i). Smith v. Potter, 513 F.3d 781, 782 (7th Cir. 2008). Any pending motions are moot. The Clerk is instructed to close this case on the Court's docket. Civil Case Terminated. Mailed notice. (vcf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.